IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | |
|---|---|
| JACOB SAHR,<br><br>  Plaintiff,<br>v.<br><br>CITY OF DES MOINES, IOWA; POLK COUNTY IOWA; OFFICER BRIAN BUCK, in his individual and official capacity; and UNKNOWN OFFICERS OF THE DES MOINES POLICE DEPARTMENT and POLK COUNTY SHERIFF'S OFFICE, in their individual and official capacities,<br><br>  Defendants. | Case No. 4:21-cv-101<br><br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS CITY OF DES MOINES, BRIAN BUCK, and UNKNOWN OFFICERS OF THE CITY OF DES MOINES POLICE DEPARTMENT** |

COME NOW the Defendants City of Des Moines, Iowa, Officer Brian Buck and Unknown Officers of the Des Moines Police Department and state in response to the Plaintiff's Petition:

INTRODUCTION

1. Admitted.

2. Admitted.

3. Defendants can neither admit nor deny this paragraph for lack of knowledge and information.

PARTIES

4. Defendants can neither admit nor deny this paragraph for lack of knowledge and information.

5. Admitted.

6. Admitted.

7. Admitted.

FACTS

8. Admitted.

9. Admitted.

10. Admitted.

11. Defendants can neither admit nor deny this paragraph for lack of knowledge and information.

12. Defendants can neither admit nor deny this paragraph for lack of knowledge and information.

13. Defendants can neither admit nor deny this paragraph for lack of knowledge and information.

14. Defendants can neither admit nor deny this paragraph for lack of knowledge and information.

15. Denied.

16. Denied.

17. Defendants can neither admit nor deny this paragraph for lack of knowledge and information but states it is on notice regarding potential additional parties.

18. Admitted.

19. Admitted.

20. Admitted, Plaintiff was charged as having violated Iowa Code §723.1. Defendants can neither admit nor deny this paragraph for lack of knowledge and information.

21. Admitted, Plaintiff was charged as having violated Iowa Code §723.1. Defendants can neither admit nor deny this paragraph for lack of knowledge and information.

22. Admitted.

23. Defendants can neither admit nor deny this paragraph for lack of knowledge and information.

24. Denied.

25. Denied.

26. Admitted.

## COUNT I

27. Defendants can neither admit nor deny this paragraph.

28. Admitted.

29. Admitted.

30. Denied.

31. Denied.

32. Admitted.

33. Admitted in part and denied in part as to the doctrine of respondeat superior under Federal Constitutional Law.

34. Denied.

WHEREFORE, Defendants request the Court enter judgment for Defendants on this Count and dismiss this claim with costs entered against Plaintiff.

## COUNT II

35. Defendants can neither admit nor deny this paragraph.

36. Admitted.

37. Admitted.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

WHEREFORE, Defendants request the Court enter judgment for Defendants on this Count and dismiss this claim with costs entered against Plaintiff.

## COUNT III

45. Defendants can neither admit nor deny this paragraph.

46. Admitted.

47. Admitted.

48. Denied.

49. Admitted.

50. Denied.

51. Admitted in part and denied in part as to the doctrine of respondeat superior under Federal Constitutional Law.

52. Denied.

WHEREFORE, Defendants request the Court enter judgment for Defendants on this Count and dismiss this claim with costs entered against Plaintiff.

## COUNT IV

53. Defendants can neither admit nor deny this paragraph.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

WHEREFORE, Defendants request the Court enter judgment for Defendants on this Count and dismiss this claim with costs entered against Plaintiff.

## COUNT V

62. Defendants can neither admit nor deny this paragraph.

63. Denied.

64. Admitted.

65. Admitted in part and denied in part as to the doctrine of respondeat superior under Federal Constitutional Law.

66. Denied.

67. Denied.

WHEREFORE, Defendants request the Court enter judgment for Defendants on this Count and dismiss this claim with costs entered against Plaintiff.

## COUNT VI

68. Defendants can neither admit nor deny this paragraph.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

WHEREFORE, Defendants request the Court enter judgment for Defendants on this Count and dismiss this claim with costs entered against Plaintiff.

## AFFIRMATIVE DEFENSES

COME NOW Defendants and for his affirmative defenses, set forth the following:

1. Plaintiff has failed to state a claim upon which relief may be granted.

2. Defendant City of Des Moines is not liable in *respondeat superior* regarding claims under the Federal Constitution.

3. Defendant City of Des Moines cannot be found liable for punitive damages.

4. The Defendants are immune pursuant to Iowa Code Chapter 670.

5. The Defendants possess qualified immunity under the Federal Constitution as they did not violate a well-established constitutional right and their actions were reasonable from their perspective at the time and/or in good faith.

6. Plaintiff assumed a risk by his conduct at the time of the incident.

7. Defendants acted with necessity for the prevention of destruction of property.

8. The Defendants reserve the right to supplement its affirmative defenses as discovery continues in this case.

/s/*John O. Haraldson.*
JOHN O. HARALDSON AT0003231
Assistant City Attorney
400 Robert D. Ray Drive
Des Moines, IA  50309-1891
E-Mail:  joharaldson@dmgov.org
(515) 283-4072- telephone
(515) 237-1748 – facsimile

ATTORNEY FOR DEFENDANTS CITY OF DES MOINES, IOWA; OFFICER BRIAN BUCK; AND UNKNOWN OFFICERS OF THE DES MOINES POLICE DEPARTMENT

Copy to:

Jim T. Duff
Thomas J. Duff
DUFF LAW FIRM, PLC
The Galleria
4090 Westown Pkwy, Suite 102
West Des Moines, Iowa 50266
jim@tdufflaw.com; tom@tdufflaw.com

Julie Bussanmas
Polk County Attorney's Office, 111 Court Avenue, Ste. 340, Des Moines, Iowa 50309
Julie.Bussanmas@polkcountyiowa.gov

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon all parties to the above-entitled cause by transmittal to each of the attorneys of record at their respective email addresses disclosed on the pleadings of record on the 21st day of May 2021.

By:  ☐ U.S. Mail         ☐ Fax
     ☐ Hand-Delivered    ☒ E-Mail

Signature*: /s/ John O. Haraldson*