## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 23-1628
_____

Jacob Sahr

Plaintiff - Appellee

v.

City of Des Moines, Iowa; Des Moines Police Department, Unknown Officers, in their individual and official capacity; Polk County, Iowa; Polk County Sheriff's Office, Unknown Officers, in their individual and official capacity

Defendants

Brian Buck, Officer, in his individual and official capacity

Defendant - Appellant

------

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:21-cv-00101-RP)

------

**JUDGMENT**

Before ERICKSON, GRASZ and KOBES, Circuit Judges.

Appellee's motion to dismiss is granted. The appeal is dismissed.

April 27, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans